941 A.2d 593

IN THE MATTER OF AVIS COLE WILLIAMS,
AN ATTORNEY AT LAW.

February 20, 2008.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–251, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **AVIS COLE WILLIAMS** of **EGG HARBOR TOWNSHIP,** who was admitted to the bar of this State in 1987, should be censured

for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **AVIS COLE WILLIAMS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.